1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10    MIKHIEL J. LEINWEBER,

11              Plaintiff,                        No. CIV S-07-1137 FCD EFB P

12        vs.

13    CAPTAIN COCHRANE, et al.,

14              Defendants.                       <u>ORDER</u>

15    _____/

16          Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations.

17    *See* 42 U.S.C. § 1983.  He has submitted an affidavit requesting leave to proceed *in forma*

18    *pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

19          Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without

20    prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph

21    (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent)

22    for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . ,

23    obtained from the appropriate official of each prison at which the prisoner is or was confined."

24          Plaintiff has not submitted the required trust account statement.  Also, the certificate

25    portion of the request which must be completed by plaintiff's institution of incarceration has not

26    been filled out.

                                                  1

1       Plaintiff will be provided the opportunity to submit a completed in forma pauperis

2 application and a certified copy in support of his application.

3       Accordingly, plaintiff has 30 days from the date this order is served to submit a

4 completed application to proceed in forma pauperis with a completed certificate and trust

5 account statement.  The Clerk of the Court is directed to send plaintiff a new Application to

6 Proceed In Forma Pauperis By a Prisoner.  Failure to comply with this order will result in a

7 recommendation that this action be dismissed.

8       So ordered.

9 DATED:  November 3, 2008.

10 EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2